Delia, Demandante y Apelada, *v.* Juez Municipal de Aguadilla y Silva, Demandados y Apelante el Segundo.

Apelación procedente de la Corte de Distrito de Aguadilla en recurso de *certiorari.*

No. 2966.—Resuelto en julio 5, 1923.

Apelación—Traslado—Desistimiento.—Apelada la resolución de una corte municipal decretando, a petición de la demandada, el traslado del pleito, el apelante desistió del recurso y la corte de distrito dictó resolución teniendo por desistido al demandante ''de la continuación del pleito.'' *Se resolvió:* que tal resolución no podía referirse al pleito principal, que no estaba ante la corte de distrito, sino a la única controversia que ante la misma pendía, o sea, a la cuestión del traslado.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. R. Padró Parés, V. M. Fernández y M. Tous Soto.*

Abogado de la apelada: *Sr. A. García Ducós.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Se nos ha pedido la desestimación de esta apelación, pero examinados los motivos de tal solicitud llegamos a la conclusión de que no son procedentes y por esto consideraremos la apelación por sus méritos.

Pedro Silva demandó en cobro de pesos a Victoria Delia ante la Corte Municipal de Vega Baja. La demandada excepcionó la demanda y pidió el traslado del pleito para la Corte Municipal de Aguadilla, lugar de su domicilio. El traslado fué decretado pero el demandante apeló de esta resolución para ante la Corte de Distrito de San Juan, Sección Primera, donde posteriormente solicitó se le tuviera por desistido de la continuación del caso, y la Corte de Distrito de San Juan, Sección Primera, tomando en consideración dicha solicitud, tuvo al demandante por desistido de la continuación del pleito. Posteriormente el demandante acudió a la Corte Municipal de Vega Baja exponiendo que había desistido de su apelación contra la orden de traslado

y pidió que se ordenara la remisión de las diligencias del pleito a la Corte Municipal de Aguadilla, lo que se decretó y cumplió. Cuando en ésta se discutía la excepción previa opuesta a la demanda, alegó la demandada que el pleito había terminado por haber desistido de él el demandante ante la Corte de Distrito de San Juan, y habiendo resuelto esta cuestión la Corte Municipal en contra de la demandada, y también la excepción previa, acudió a la Corte de Distrito de Aguadilla solicitando expidiera un auto de *certiorari* contra dicha Corte Municipal y, librado, fué resuelto a favor de la demandada, dando por terminado el pleito. Contra esta resolución interpuso el demandante este recurso de apelación.

La única cuestión que tenía ante sí la Corte de Distrito de San Juan, Sección Primera, en este pleito era la de si procedía o no el traslado del mismo de la Corte Municipal de Vega Baja a la Corte Municipal de Aguadilla, y por tanto el desistimiento del caso ante ella por el apelante no podía referirse a otro caso que a su apelación contra la orden que decretó el traslado, por lo que aun cuando la resolución de la corte de distrito dice que tiene por desistido al demandante de la continuación del pleito, no puede referirse a otro pleito que al que ante ella estaba pendiente, o sea, a la cuestión de traslado, y por esto no podemos sostener que tuvo por desistido al demandante de su pleito o causa de acción contra la demandada y que el pleito terminó. Esta es la única interpretación lógica y razonable de esa resolución. Una interpretación contraria nos llevaría a declarar que la Corte de Distrito de San Juan, Sección Primera, había actuado sin jurisdicción al tener por desistido al demandante de su pleito, que por su cuantía correspondía conocer y resolver a la corte municipal, y cuando sólo le estaba sometida una cuestión de traslado.

La sentencia apelada debe ser revocada y declararse sin

lugar el auto de *certiorari* expedido por la Corte de Distrito de Aguadilla en este pleito.

*Revocada la, sentencia apelada y anulado el auto de* certiorari.

Jueces concurrentes: Sres. Presidente del Toro y Asociados Hutchison y Franco Soto.

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.